UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| WESLEY G. WOODS,<br><br>    Plaintiff,<br><br>v.<br><br>ILLINOIS DEPARTMENT OF TRANSPORTATION,<br><br>    Defendant. | Case No. 03-cv-4098-JPG |

## JUDGMENT

This matter having come before the Court, the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that judgment in this case is entered in favor of defendant Illinois Department of Transportation and against plaintiff Wesley G. Woods and that this case is dismissed with prejudice.

**NORBERT JAWORSKI**

Date:  May 31, 2005                     s/ Judith Prock, Deputy Clerk


**Approved:**     s/ J. Phil Gilbert
                    **J. PHIL GILBERT**
                    **DISTRICT JUDGE**